IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICHARD EDWARDS,** | |
| Plaintiff, | 8:16CV138 |
| vs. | ORDER |
| **CONSOLIDATED RESOURCES HEALTH CARE FUND I.L.P.,** doing business as Life Care Center Omaha, and **SARA DELAHOYDE** in her official and personal capacity, | |
| Defendants. | |

This matter is before the court on the plaintiff's Motion to Proceed In Forma Pauperis (Filing No. 2). The plaintiff attached an Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2-1), which is an affidavit regarding his financial status to the motion. Upon consideration,

**IT IS ORDERED**:

The plaintiff's Motion to Proceed In Forma Pauperis (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

Dated this 30th day of March, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge